[Dkt. Nos. 84 & 91]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DR. JOHN KIM,<br><br>     Plaintiff,<br><br>  v.<br><br>MARINA DISTRICT DEVELOPMENT COMPANY, LLC,<br><br>     Defendant. | Civil No. 09-1553 (RMB)<br><br>**ORDER** |

   This matter having come before the Court upon a motion for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56(a), by Defendant Marina District Development Company, LLC (the "Defendant"), and upon a cross-motion for partial summary judgment, pursuant to Local Civil Rule 7.1(h), by Plaintiff John Kim (the "Plaintiff"); and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

   IT IS ON THIS **14th** day of **July 2010**, HEREBY **ORDERED** as follows:

   Defendant's motion for partial summary judgment [Docket No. 84] is **GRANTED**; and

1

Defendant's cross-motion for partial summary judgment [Docket No. 91] is **DENIED**.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
United States District Judge