[Dkt. Nos. 84 & 91]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| DR. JOHN KIM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARINA DISTRICT DEVELOPMENT COMPANY, LLC,<br><br>　　　　　Defendant. | Civil No. 09-1553 (RMB)<br><br>**AMENDED ORDER** |

　　This matter having come before the Court upon a motion for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56(a), by Defendant Marina District Development Company, LLC (the "Defendant"), and upon a cross-motion for partial summary judgment, pursuant to Local Civil Rule 7.1(h), by Plaintiff John Kim (the "Plaintiff"); and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

　　IT IS ON THIS **16th** day of **July 2010**, HEREBY **ORDERED** as follows:

　　Defendant's motion for partial summary judgment [Docket No. 84] is **GRANTED**; and

Plaintiff's cross-motion for partial summary judgment [Docket No. 91] is **DENIED**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
